IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER THOMAS,

    Petitioner,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 17-cv-55-bbc

CIRCUIT COURT OF DANE COUNTY and
THE HONORABLE
RHONDA L. LANFORD,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Sylvester Thomas for a writ of corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 3/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |