FORM 1. Notice of Appeal

Name of United States District Court for the <u>Western District of Wisconsin</u>

Case Number: <u>17-CV-55 bbc</u>

March 28/2017

SYLVESTER THOMAS,

      Petitioner,

v.                                   NOTICE OF APPEAL

CIRCUIT OF DANE COUNTY and
THE HONORABLE RHONDA L.LANFORD.

      Respondent.

**Notice is hereby given that, <u>Sylvester Thomas</u>,**name all parties taken this appeal in the above named case hereby appeal to the United State Court of Appeals for the Federal Circuit from the <u>Denied Writ of Habeas Corpus</u> ( from the final judgment)(from an order) (describe this order)) entered in this action on <u>March 22,2017</u>(date).

_Sylvester Thomas_
(Signature of appellant or attorney)

P.O. Box 800

Mauston WI 53948
(Address of Appellant)

* See Fed.R.App.P(c) for permissible ways of identifying appellants.

U.S.C.A. — 7th Circuit
R E C E I V E D

APR 03 2017   AB

GINO J. AGNELLO
CLERK